| 1 | IN THE UNITED STATES DISTRICT COURT |
|---|---|

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF OREGON

 3   PROJECT VERITAS and PROJECT   )
     VERITAS ACTION FUND,          )
 4                                 )
              Plaintiffs,          )   Case No. 3:20-cv-01435-MO
 5                                 )
          v.                       )
 6                                 )
     MICHAEL SCHMIDT, in his       )   October 7, 2020
 7   official capacity as Multnomah)
     County District Attorney, and )
 8   ELLEN ROSENBLUM, in her       )
     official capacity as Oregon   )
 9   Attorney General,             )
                                   )
10            Defendants.          )   Portland, Oregon
     _____)

11

12

13

14

15                      Oral Argument

16                   (By Videoconference)

17              TRANSCRIPT OF PROCEEDINGS

18         BEFORE THE HONORABLE MICHAEL W. MOSMAN

19           UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25
```

```
 1

 2                              APPEARANCES

 3

 4    FOR THE PLAINTIFFS:      Mr. Benjamin Barr
                               Attorney at Law
 5                             444 N. Michigan Avenue, Suite 1200
                               Chicago, IL 60611
 6

 7                             Mr. Stephen Klein
                               Barr & Klein PLLC
 8                             1629 K Street NW, Suite 300
                               Washington, DC 20006
 9

10

11    FOR THE DEFENDANTS:      Mr. Brian Simmonds Marshall
                               Ms. Shaunee Vanessa Morgan
12                             Oregon Department of Justice
                               Trial Division
13                             100 S.W. Market Street
                               Portland, OR 97201
14

15

16

17    COURT REPORTER:          Bonita J. Shumway, CSR, RMR, CRR
                               United States District Courthouse
18                             1000 S.W. Third Ave., Room 301
                               Portland, OR  97204
19                             (503) 326-8188

20

21

22

23

24

25
```

1          (P R O C E E D I N G S)

2          (October 7, 2020; 9:08 a.m.)

3                    * * * * *

4          THE COURTROOM DEPUTY:  The United States District

5    Court for the District of Oregon is now in session, the

6    Honorable Michael Mosman presiding.

7          Your Honor, this is the time and place set for a

8    preliminary injunction hearing in Case No. 3:20-cv-1435-JR,

9    Project Veritas, et al. versus Schmidt, et al.

10         Counsel, can you introduce yourself for the record.

11         MR. BARR:  My name is Benjamin Barr on behalf of the

12   Project Veritas plaintiffs.

13         MR. MARSHALL:  Your Honor, this is Brian Marshall on

14   behalf of the state defendants.  I am with Ms. Morgan.

15         THE COURT:  Anyone else?

16         THE COURTROOM DEPUTY:  It looks like Mr. Klein is no

17   longer on the video screen.

18         MR. BARR:  Yes, Mr. Stephen Klein is also

19   representing Project Veritas plaintiffs, but I think he

20   temporarily disconnected.

21         THE COURT:  Do you need us to wait for him to be

22   reconnected to begin the hearing or not?

23         MR. BARR:  No, Your Honor.  We're fine.

24         THE COURT:  All right.  Thank you.

25         I have several issues here in front of me.  I'm going

1    to present generally the issues in the sort of categories or

2    buckets as I see them, and then take them up on the merits.

3          So I think of the case in terms of its statutory

4    analysis as involving three different categories of statutory

5    text.  The first is the general ban on what I'll just call

6    secret recordings, non-noticed, non-identified recordings where

7    the recorder is a party to the conversations or events being

8    recorded.  And that's a general ban.  It has exceptions, but as

9    a general ban -- We just had someone join.  Is that you,

10   Mr. Klein?

11          MR. KLEIN:  Yes, Your Honor.  I'm sorry.  I got

12   kicked off the video, but I'll just join by phone.

13          THE COURT:  That's fine.  Thank you.

14          I'm looking at this case in four categories.  The

15   first three involve the statutory text and three sort of issues

16   of statutory text to look at.

17          The first is the general ban on secret recordings.

18   And as a general ban, independent of its exceptions, it appears

19   to me, generally speaking, to be not content based and subject

20   therefore to intermediate scrutiny.

21          The second is the impact that an exception, not on so

22   much the idea of totally secret recordings, but the exception

23   to the notice requirement otherwise generally employed for what

24   I'll call law enforcement encounters.  What does that mean?

25   How is that analyzed?

1          The plaintiff here argues that that exception for an

2   otherwise -- the otherwise intact requirement to tell people

3   you're recording them, an exception that requires open, not

4   secret recording but doesn't require this notice feature is

5   content based.  And I'm not sure about that.  The Ag-Gag case

6   seems to me to be one way to think about it, but there are

7   other cases suggesting sort of some -- some uncertainty as to

8   how one frames the question.  Is it framed as a question where

9   there's a topic -- law enforcement, that's the subject of an

10  exception, and others are not, and does that make it content

11  based or not?  Of course, if it is content based, then it's

12  subjected to strict scrutiny.  If it's not content based, then

13  it's not.

14          Then the third statutory issue is very similar to the

15  second, and that's the other exception for what I'll call open

16  public settings.  Still no secret recordings allowed, open

17  recordings allowed, but no identification -- no notice

18  required.  And that's also suggested by plaintiffs to be

19  content based.  That's a tougher slip for plaintiffs than the

20  law enforcement exception since the text of the statute doesn't

21  seem to raise a particular topic, but I'll, of course, hear the

22  parties out.  If that tentative view is correct, then that

23  would be subjected to intermediate scrutiny.

24          The last of the textual issues is this misdemeanor

25  criminalization of innocent publishing.  And, quite candidly,

1  if we get that far on a facial challenge, if a facial challenge

2  by this plaintiff is appropriate to that statute, then that

3  seems to run directly afoul of *Bartnicki* and be one that would

4  be unconstitutional to be applied in the textual setting it

5  raises.

6          On the publishers and on other issues, the state

7  raises some challenges to this plaintiff which seem to me to be

8  almost entirely beside the point, since this isn't, as best I

9  have read plaintiffs' briefing, an as-applied challenge but a

10 facial challenge.  So those pages of text seem to me to be

11 wasted.

12         The last issue is maybe the most important one --

13 it's certainly the predicate issue here -- and that is is

14 equitable relief available here.  And this is emergency

15 equitable relief.  There are typically two -- one principal but

16 two reasons why equitable relief wouldn't be available in a

17 setting like this.  One is we don't grant this emergency

18 unusual form of relief to plaintiffs who have known of the

19 issue and sat on their hands.  And that's, of course, exactly

20 what defendant claims here, that perhaps for even a decade this

21 plaintiff has known of the problems raised for news-gathering

22 organizations in general and its own news-gathering

23 organization in particular, and done nothing about it to

24 challenge it, despite probably many obvious opportunities to do

25 work in Oregon that might run afoul of this statute.

1          So if that turns out to be correct, I think that's

2     fatal to the plaintiff proceeding forward here.  We don't grant

3     relief to people who challenge statutes they've known about for

4     a decade.

5          More recently, but still far enough back in time that

6     we probably could have had a trial already by now, plaintiff

7     has engaged in activity in Oregon that appears to at least run

8     the issue of running afoul of the statute.  A whole separate

9     issue is raised by the fact that they've never been prosecuted

10    for any of that, but more importantly for my purposes, it

11    highlights the idea that plaintiff may not come to this Court

12    in equity with clean hands seeking equitable relief on an

13    emergency basis.

14         That's not to say it can't seek relief, it can't

15    challenge the statute.  Of course it can through normal regular

16    means, but it can't -- a plaintiff can't come into federal

17    court with its hair on fire over an emergency that it's known

18    about for a long time.

19         So I'll start with plaintiff first with that first

20    issue.  The briefing suggests you've known about this statute

21    for a long time, acted in Oregon in possible derogation of the

22    statute for a long time, and now on, you know, a few days'

23    notice want to come into court and get emergency relief.

24         Why isn't that barred to you, given your knowledge

25    and past conduct?

```
 1          MR. BARR:  Yes, Your Honor.  It takes tremendous
 2   resources for an organization to marshal a First Amendment
 3   challenge in federal court.  Project Veritas and Project
 4   Veritas Action Fund has taken very apprehensively a few
 5   investigations in the past, being aware of the criminal
 6   violations applied to reporting news in this state.  It has
 7   generally wanted to litigate here but hasn't had the funds or
 8   the availability to do so, and only as really a truly --
 9   Portland becoming an epicenter of national news and dramatic
10   interest about violent protests that it decided that it wanted
11   to make that a priority to be able to get in there, and it
12   didn't want to face the criminal liability that's the parable
13   of the Sword of Damocles hanging over news reporters' heads.
14   The value is not that the sword drops but that it hangs and
15   that at any time a prosecutor can sweep in and penalize the
16   publication of truthful information here.
17          Veritas wants to act on a story of national interest;
18   in particular, the protests that have occurred here.  It's also
19   been wanting to follow this story related to the public records
20   advocate.  It just had a second advocate resign last week.  The
21   story is very hot.  And in that sort of instance, under the
22   *Winter* standard in the Ninth Circuit, we analyze the three
23   remaining factors besides the likelihood of success on the
24   merits.
25          THE COURT:  Let's not -- let's not get too far afield
```

1  here.  My question isn't whether you're going to win on the

2  merits.  My question, first of all, is is it correct that

3  you've known about the statute for a long time and its direct

4  application to your work?  The answer to that question seems to

5  be yes, and your explanation for the sort of delay that would

6  otherwise be fatal to your case is you didn't have enough money

7  to file a lawsuit, right?

8          MR. BARR:  Yes.  The funding is of primary concern,

9  and also simply the rise in prominence about Antifa.  It's a

10 story that Project Veritas and Action Fund have been following

11 nationwide.  We've submitted DVDs with the verified complaint

12 showing how they worked in other states to track this story

13 that was becoming prime and central in Portland, and decided

14 that this was now becoming a real focal point where they wanted

15 to operate.  It wasn't as important before.  It became suddenly

16 important to follow up on these stories.  They have a First

17 Amendment right to engage in news gathering, and the law

18 forbade it.  And so with that sudden change in circumstances,

19 they wanted to move forward.

20          THE COURT:  Thank you.

21          For defendants, your response to the equitable

22 argument?

23          MR. MARSHALL:  Your Honor, we think that *Benisek* is

24 quite on point to your -- the Supreme Court case where they

25 have -- where the Supreme Court held that six years was too

1    long to seek a preliminary injunction at all, as opposed to not

2    even on an emergency basis.

3           Exhibit 1 on page 74 is the defendant's (sic)

4    testimony.  Their CEO said that they contemplated looking at

5    this, at suing on this statute in 2014.  And so here we are six

6    years later, not only knowing that they had knowingly violated

7    the statute, recently posted videos that were apparently

8    created in violation -- or recordings that were created in

9    violation of the statute, and have been doing that on an

10   ongoing basis.

11          So I don't know that we have a lot more to add, other

12   than that *Benisek*, combined with Mr. O'Keefe's testimony, does

13   seem to foreclose the availability of a preliminary injunction

14   in this case.

15          THE COURT:  Thank you very much.

16          Do you wish to make any reply for plaintiff?

17          MR. BARR:  I think my simple response would be that

18   the focus here is on the story and activity, the conduct that

19   Veritas wanted to do.  Antifa and its public prominence wasn't

20   a thing ten years ago.  That's not what Veritas was focusing

21   on.  It knew about the law, but it wasn't as important to move

22   forward.  As new stories become prominent and they have unknown

23   geographical impact, that changes it.  The Antifa stories are

24   really of the past four years going forward, and most of the

25   early focus there was in Virginia and some states in the south.

1    It's only been recently that Antifa has become a hotbed in

2    Portland, and that is what has pushed them to move forward at

3    this juncture, not ten years ago.

4           Thank you, Your Honor.

5           THE COURT:  Thank you.

6           I think this is a classic case of the plaintiff being

7    disentitled to seek equitable relief.  The plaintiff has known

8    about this statute and been concerned about the impact of the

9    statute on its business for at least a decade.  And it's not

10   been an abstract concern.  It has done its business under the

11   umbrella of the statute's coverage quite likely here in Oregon

12   in the past.  It's not enough to say that now we're super

13   interested, where before we were just aware.  I mean, stories

14   come and go.  There's the Antifa story today, but the plaintiff

15   had an interest, an expressed interest by its own CEO in

16   challenging the statute at least six years ago.  All of that is

17   far, far beyond the time that would allow someone to come in

18   and seek extraordinary injunctive relief on a preliminary basis

19   in a court of equity.

20          As to the public records advocate, that's not

21   remotely the sort of facts or case that would justify

22   injunctive relief.  There's really nothing the plaintiff wants

23   to do in derogation of the statute that it couldn't do after a

24   trial and a victory and accomplish largely the same results.

25   It's not a -- it's not a hot story.  There may be new events,

1    but the story is old.  And so that one doesn't remotely qualify

2    for injunctive relief.

3              But in any event, it's unusual to have a plaintiff

4    come in interested and aware of the statute, having

5    contemplated suing, by the admission of its own CEO, and seek

6    rapid relief this way.  So I deny on equitable grounds the

7    motion for preliminary injunction.

8              That's not to say we don't need to resolve these

9    issues.  They are very important issues.  And it well may be on

10   one or more of these issues that plaintiff ultimately prevails.

11   I think plaintiff has serious arguments.  What it doesn't have

12   is an emergency and is not entitled under its own behavior to

13   injunctive relief.

14             I'll ask the parties to meet and submit a case

15   management schedule for getting this case promptly to trial,

16   through discovery and trial, and then you can outline not only

17   your areas of agreement but your areas of disagreement.

18             Upon receipt of that joint case management proposal

19   -- "joint" meaning just that you both contribute to it, not

20   that you agree on everything -- I will hold a status conference

21   and set further deadlines in this case to reach the point of

22   dispositive motions and trial.

23             Thank you all.  Good day.

24             THE COURTROOM DEPUTY:  This court is adjourned.

25             (Proceedings concluded at 9:32 a.m.)

1

2                                --o0o--

3

4          I certify, by signing below, that the foregoing is a

5    correct transcript of the record of proceedings in the

6    above-entitled cause.  A transcript without an original

7    signature or conformed signature is not certified.

8

9

     /s/Bonita J. Shumway                October 14, 2020
10   _____           _____
     BONITA J. SHUMWAY, CSR, RMR, CRR    DATE
11   Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**MR. BARR: [6]**
3/10 3/17 3/22 7/25
9/7 10/16
**MR. KLEIN: [1]**
4/10
**MR.
MARSHALL: [2]**
3/12 9/22
**THE COURT: [8]**
3/14 3/20 3/23 4/12
8/24 9/19 10/14
11/4
**THE
COURTROOM
DEPUTY: [3]** 3/2
3/15 12/23

---

**-**

---

**--o0o [1]** 13/2

**/**

---

**/s/Bonita [1]** 13/9

**1**

---

**100 [1]** 2/13
**1000 [1]** 2/18
**1200 [1]** 2/5
**14 [1]** 13/9
**1629 [1]** 2/8

**2**

---

**20006 [1]** 2/8
**2014 [1]** 10/5

**[s] 1 [6]** 3/2
13/9

**3**

---

**300 [1]** 2/8
**301 [1]** 2/18
**326-8188 [1]** 2/19
**3:20-cv-01435-MO
[1]** 1/4
**3:20-cv-1435-JR [1]**
3/8

**4**

---

**444 [1]** 2/5

**5**

---

**503 [1]** 2/19

**6**

---

**60611 [1]** 2/5

**7**

---

**74 [1]** 10/3

**8**

---

**8188 [1]** 2/19

**9**

---

**97201 [1]** 2/13
**97204 [1]** 2/18
**9:08 [1]** 3/2
**9:32 [1]** 12/25

**A**

---

**a.m [2]** 3/2 12/25
**able [1]** 8/11

**about [1]** 2/25 5/5 5/6
6/23 7/3 7/18 7/20
8/10 9/3 9/9 10/21
11/8 11/8
**above [1]** 13/6
**above-entitled [1]**
13/6
**abstract [1]** 11/10
**accomplish [1]**
11/24
**act [1]** 8/17
**acted [1]** 7/21
**ACTION [3]** 1/3
8/4 9/10
**activity [2]** 7/7
10/18
**add [1]** 10/11
**adjourned [1]**
12/24
**admission [1]** 12/5
**advocate [3]** 8/20
8/20 11/20
**afield [1]** 8/25
**afoul [3]** 6/3 6/25
7/8
**after [1]** 11/23
**Ag [1]** 5/5
**Ag-Gag [1]** 5/5
**ago [3]** 10/20 11/3
11/16
**agree [1]** 12/20
**agreement [1]**

**A**

agreement... [1] 12/17
al [2] 3/9 3/9
all [5] 3/24 9/2 10/1 11/16 12/23
allow [1] 11/17
allowed [2] 5/16 5/17
almost [1] 6/8
already [1] 7/6
also [4] 3/18 5/18 8/18 9/9
am [1] 3/14
Amendment [2] 8/2 9/17
analysis [1] 4/4
analyze [1] 8/22
analyzed [1] 4/25
answer [1] 9/4
Antifa [5] 9/9 10/19 10/23 11/1 11/14
any [4] 7/10 8/15 10/16 12/3
Anyone [1] 3/15
apparently [1] 10/7
APPEARANCES [1] 2/2
appears [2] 4/18 7/7
application [1] 9/4
applied [3] 6/4 6/9

apprehensively [1] 8/4
appropriate [1] 6/2
are [6] 5/6 5/10 6/15 10/5 10/23 12/9
areas [2] 12/17 12/17
argues [1] 5/1
argument [2] 1/15 9/22
arguments [1] 12/11
as [16]
as-applied [1] 6/9
ask [1] 12/14
Attorney [3] 1/7 1/9 2/4
availability [2] 8/8 10/13
available [2] 6/14 6/16
Ave [1] 2/18
Avenue [1] 2/5
aware [3] 8/5 11/13 12/4

**B**

back [1] 7/5
ban [5] 4/5 4/8 4/9 4/17 4/18
Barr [3] 2/4 2/7

barred [1] 7/24
Bartnicki [1] 6/3
based [6] 4/19 5/5 5/11 5/11 5/12 5/19
basis [4] 7/13 10/2 10/10 11/18
be [18]
became [1] 9/15
become [2] 10/22 11/1
becoming [3] 8/9 9/13 9/14
been [7] 7/9 8/19 9/10 10/9 11/1 11/8 11/10
before [3] 1/18 9/15 11/13
begin [1] 3/22
behalf [2] 3/11 3/14
behavior [1] 12/12
being [3] 4/7 8/5 11/6
below [1] 13/4
Benisek [2] 9/23 10/12
Benjamin [2] 2/4 3/11
beside [1] 6/8
besides [1] 8/23
best [1] 6/8
beyond [1] 11/17

**B**

Bonita [3]  2/17 13/9 13/10
both [1]  12/19
Brian [2]  2/11 3/13
briefing [2]  6/9 7/20
buckets [1]  4/2
business [2]  11/9 11/10

**C**

call [3]  4/5 4/24 5/15
can [4]  3/10 7/15 8/15 12/16
can't [4]  7/14 7/14 7/16 7/16
candidly [1]  5/25
capacity [2]  1/7 1/8
case [14]
cases [1]  5/7
categories [3]  4/1 4/4 4/14
cause [1]  13/6
central [1]  9/13
CEO [3]  10/4 11/15 12/5
certainly [1]  6/13
certified [1]  13/7
certify [1]  13/4
challenge [8]  6/1
6/7 6/10 6/24 7/3 7/15 8/3
challenges [1]  6/7
challenging [1]  11/16
change [1]  9/18
changes [1]  10/23
Chicago [1]  2/5
Circuit [1]  8/22
circumstances [1]  9/18
claims [1]  6/20
classic [1]  11/6
clean [1]  7/12
combined [1]  10/12
come [6]  7/11 7/16 7/23 11/14 11/17 12/4
complaint [1]  9/11
concern [2]  9/8 11/10
concerned [1]  11/8
concluded [1]  12/25
conduct [2]  7/25 10/18
conference [1]  12/20
conformed [1]  13/7
contemplated [2]  10/4 12/5
content [6]  4/19 5/5
5/10 5/12 5/19
contribute [1]  12/19
conversations [1]  4/7
correct [4]  5/22 7/1 9/2 13/5
could [1]  7/6
couldn't [1]  11/23
Counsel [1]  3/10
County [1]  1/7
course [4]  5/11 5/21 6/19 7/15
court [13]  1/1 1/19 2/17 3/5 7/11 7/17 7/23 8/3 9/24 9/25 11/19 12/24 13/11
Courthouse [1]  2/17
coverage [1]  11/11
created [2]  10/8 10/8
criminal [2]  8/5 8/12
criminalization [1]  5/25
CRR [2]  2/17 13/10
CSR [2]  2/17 13/10
cv [2]  1/4 3/8

**D**

Damocles [1]  8/13
DATE [1]  13/10

**D**

day [1]  12/23
days' [1]  7/22
DC [1]  2/8
deadlines [1]  12/21
decade [3]  6/20 7/4
 11/9
decided [2]  8/10
 9/13
defendant [1]  6/20
defendant's [1]
 10/3
defendants [4]  1/10
 2/11 3/14 9/21
delay [1]  9/5
deny [1]  12/6
Department [1]
 2/12
derogation [2]  7/21
 11/23
despite [1]  6/24
didn't [2]  8/12 9/6
different [1]  4/4
direct [1]  9/3
directly [1]  6/3
disagreement [1]
 12/17
disconnected [1]
 3/20
discovery [1]  12/16
disentitled [1]  11/7
dispositive [1]

12/22

DISTRICT [7]  1/1
 1/2 1/7 1/19 2/17
 3/4 3/5
Division [1]  2/12
do [7]  3/21 6/24 8/8
 10/16 10/19 11/23
 11/23
does [3]  4/24 5/10
 10/12
doesn't [4]  5/4 5/20
 12/1 12/11
doing [1]  10/9
don't [4]  6/17 7/2
 10/11 12/8
done [2]  6/23 11/10
dramatic [1]  8/9
drops [1]  8/14
DVDs [1]  9/11

**E**

early [1]  10/25
ELLEN [1]  1/8
else [1]  3/15
emergency [7]  6/14
 6/17 7/13 7/17 7/23
 10/2 12/12
employed [1]  4/23
encounters [1]  4/24
enforcement [3]
 4/24 5/9 5/20
engage [1]  9/17
engaged [1]  7/7

enough [3]  7/5 9/6
 11/12
entirely [1]  6/8
entitled [2]  12/12
 13/6
epicenter [1]  8/9
equitable [7]  6/14
 6/15 6/16 7/12 9/21
 11/7 12/6
equity [2]  7/12
 11/19
et [2]  3/9 3/9
even [2]  6/20 10/2
event [1]  12/3
events [2]  4/7 11/25
everything [1]
 12/20
exactly [1]  6/19
exception [7]  4/21
 4/22 5/1 5/3 5/10
 5/15 5/20
exceptions [2]  4/8
 4/18
Exhibit [1]  10/3
Exhibit 1 [1]  10/3
explanation [1]  9/5
expressed [1]  11/15
extraordinary [1]
 11/18

**F**

face [1]  8/12
facial [3]  6/1 6/1

# F

facial... [1]  6/10
fact [1]  7/9
factors [1]  8/23
facts [1]  11/21
far [5]  6/1 7/5 8/25 11/17 11/17
fatal [2]  7/2 9/6
feature [1]  5/4
federal [2]  7/16 8/3
few [2]  7/22 8/4
file [1]  9/7
fine [2]  3/23 4/13
fire [1]  7/17
first [8]  4/5 4/15 4/17 7/19 7/19 8/2 9/2 9/16
focal [1]  9/14
focus [2]  10/18 10/25
focusing [1]  10/20
follow [2]  8/19 9/16
following [1]  9/10
forbade [1]  9/18
foreclose [1]  10/13
foregoing [1]  13/4
form [1]  6/18
forward [5]  7/2 9/19 10/22 10/24 11/2
four [2]  4/14 10/24
framed [1]  5/8

frames [1]  5/8
front [1]  3/25
FUND [3]  1/3 8/4 9/10
funding [1]  9/8
funds [1]  8/7
further [1]  12/21

# G

Gag [1]  5/5
gathering [3]  6/21 6/22 9/17
general [7]  1/9 4/5 4/8 4/9 4/17 4/18 6/22
generally [4]  4/1 4/19 4/23 8/7
geographical [1] 10/23
get [4]  6/1 7/23 8/11 8/25
getting [1]  12/15
given [1]  7/24
go [1]  11/14
going [3]  3/25 9/1 10/24
Good [1]  12/23
got [1]  4/11
grant [2]  6/17 7/2
grounds [1]  12/6

# H

had [6]  4/9 7/6 8/7

hair [1]  7/17
hands [2]  6/19 7/12
hanging [1]  8/13
hangs [1]  8/14
has [10]  4/8 6/21 7/7 8/4 8/6 11/1 11/2 11/7 11/10 12/11
hasn't [1]  8/7
have [14]
having [1]  12/4
he [1]  3/19
heads [1]  8/13
hear [1]  5/21
hearing [2]  3/8 3/22
held [1]  9/25
her [1]  1/8
here [13]  3/25 5/1 6/13 6/14 6/20 7/2 8/7 8/16 8/18 9/1 10/5 10/18 11/11
highlights [1]  7/11
him [1]  3/21
his [1]  1/6
hold [1]  12/20
Honor [7]  3/7 3/13 3/23 4/11 8/1 9/23 11/4
HONORABLE [2] 1/18 3/6
hot [2]  8/21 11/25

# H

hotbed [1]  11/1
how [3]  4/25 5/8
9/12

# I

I'll [7]  4/5 4/12 4/24
5/15 5/21 7/19
12/14
I'm [4]  3/25 4/11
4/14 5/5
idea [2]  4/22 7/11
identification [1]
5/17
identified [1]  4/6
IL [1]  2/5
impact [3]  4/21
10/23 11/8
important [5]  6/12
9/15 9/16 10/21
12/9
importantly [1]
7/10
independent [1]
4/18
information [1]
8/16
injunction [4]  3/8
10/1 10/13 12/7
injunctive [4]  11/18
11/22 12/2 12/13
innocent [1]  5/25

instance [1]  8/21
intact [1]  5/2
interest [4]  8/10
8/17 11/15 11/15
interested [2]  11/13
12/4
intermediate [2]
4/20 5/23
introduce [1]  3/10
investigations [1]
8/5
involve [1]  4/15
involving [1]  4/4
is [43]
isn't [3]  6/8 7/24
9/1
issue [7]  5/14 6/12
6/13 6/19 7/8 7/9
7/20
issues [8]  3/25 4/1
4/15 5/24 6/6 12/9
12/9 12/10
it [34]
it's [13]  5/11 5/12
5/13 6/13 7/17 8/18
9/9 11/1 11/9 11/12
11/25 11/25 12/3
its [11]  4/3 4/18
6/22 7/17 9/3 10/19
11/9 11/10 11/15
12/5 12/12

# J

join [2]  4/9 4/12
joint [2]  12/18
12/19
JR [1]  3/8
JUDGE [1]  1/19
juncture [1]  11/3
just [6]  4/5 4/9 4/12
8/20 11/13 12/19
Justice [1]  2/12
justify [1]  11/21

# K

kicked [1]  4/12
Klein [5]  2/7 2/7
3/16 3/18 4/10
knew [1]  10/21
know [2]  7/22
10/11
knowing [1]  10/6
knowingly [1]  10/6
knowledge [1]  7/24
known [7]  6/18
6/21 7/3 7/17 7/20
9/3 11/7

# L

largely [1]  11/24
last [3]  5/24 6/12
8/20
later [1]  10/6
law [6]  2/4 4/24 5/9
5/20 9/17 10/21

**L**

lawsuit [1]  9/7
least [3]  7/7 11/9
 11/16
let's [2]  8/25 8/25
liability [1]  8/12
like [2]  3/16 6/17
likelihood [1]  8/23
likely [1]  11/11
litigate [1]  8/7
long [5]  7/18 7/21
 7/22 9/3 10/1
longer [1]  3/17
look [1]  4/16
looking [2]  4/14
 10/4
looks [1]  3/16
lot [1]  10/11

**M**

make [3]  5/10 8/11
 10/16
management [2]
 12/15 12/18
many [1]  6/24
Market [1]  2/13
marshal [1]  8/2
Marshall [2]  2/11
 3/13
may [3]  7/11 11/25
 12/9
maybe [1]  6/12

5/6 6/7 6/10
mean [2]  4/24
 11/13
meaning [1]  12/19
means [1]  7/16
meet [1]  12/14
merits [3]  4/2 8/24
 9/2
MICHAEL [3]  1/6
 1/18 3/6
Michigan [1]  2/5
might [1]  6/25
misdemeanor [1]
 5/24
MO [1]  1/4
money [1]  9/6
more [4]  7/5 7/10
 10/11 12/10
Morgan [2]  2/11
 3/14
MOSMAN [2]  1/18
 3/6
most [2]  6/12 10/24
motion [1]  12/7
motions [1]  12/22
move [3]  9/19 10/21
 11/2
Mr [3]  2/4 2/7 2/11
Mr. [4]  3/16 3/18
 4/10 10/12
Mr. Klein [2]  3/16

Mr. O'Keefe's [1]
 10/12
Mr. Stephen [1]
 3/18
Ms [1]  2/11
Ms. [1]  3/14
Ms. Morgan [1]
 3/14
much [2]  4/22
 10/15
Multnomah [1]  1/7
my [5]  3/11 7/10
 9/1 9/2 10/17

**N**

name [1]  3/11
national [2]  8/9
 8/17
nationwide [1]  9/11
need [2]  3/21 12/8
never [1]  7/9
new [2]  10/22 11/25
news [6]  6/21 6/22
 8/6 8/9 8/13 9/17
news-gathering [2]
 6/21 6/22
Ninth [1]  8/22
no [7]  1/4 3/8 3/16
 3/23 5/16 5/17 5/17
non [2]  4/6 4/6
non-identified [1]
 4/6

**N**

non-noticed [1]  4/6
normal [1]  7/15
not [28]
nothing [2]  6/23
 11/22
notice [4]  4/23 5/4
 5/17 7/23
noticed [1]  4/6
now [5]  3/5 7/6
 7/22 9/14 11/12
NW [1]  2/8

**O**

O'Keefe's [1]  10/12
o0o [1]  13/2
obvious [1]  6/24
occurred [1]  8/18
October [3]  1/6 3/2
 13/9
off [1]  4/12
official [3]  1/7 1/8
 13/11
old [1]  12/1
one [8]  5/6 5/8 6/3
 6/12 6/15 6/17 12/1
 12/10
ongoing [1]  10/10
only [4]  8/8 10/6
 11/1 12/16
open [3]  5/3 5/15
 5/16

operate [1]  9/15
opportunities [1]
 6/24
opposed [1]  10/1
Oral [1]  1/15
OREGON [9]  1/2
 1/8 1/10 2/12 3/5
 6/25 7/7 7/21 11/11
organization [2]
 6/23 8/2
organizations [1]
 6/22
original [1]  13/6
other [5]  5/7 5/15
 6/6 9/12 10/11
others [1]  5/10
otherwise [4]  4/23
 5/2 5/2 9/6
out [2]  5/22 7/1
outline [1]  12/16
over [2]  7/17 8/13
own [4]  6/22 11/15
 12/5 12/12

**P**

page [1]  10/3
pages [1]  6/10
parable [1]  8/12
particular [3]  5/21
 6/23 8/18
parties [2]  5/22
 12/14
party [1]  4/7

past [4]  7/25 8/5
 10/24 11/12
penalize [1]  8/15
people [2]  5/2 7/3
perhaps [1]  6/20
phone [1]  4/12
place [1]  3/7
plaintiff [17]
plaintiffs [7]  1/4
 2/4 3/12 3/19 5/18
 5/19 6/18
plaintiffs' [1]  6/9
PLLC [1]  2/7
point [4]  6/8 9/14
 9/24 12/21
Portland [6]  1/10
 2/13 2/18 8/9 9/13
 11/2
possible [1]  7/21
posted [1]  10/7
predicate [1]  6/13
preliminary [5]  3/8
 10/1 10/13 11/18
 12/7
present [1]  4/1
presiding [1]  3/6
prevails [1]  12/10
primary [1]  9/8
prime [1]  9/13
principal [1]  6/15
priority [1]  8/11
probably [2]  6/24

**P**

probably... [1]  7/6
problems [1]  6/21
proceeding [1]  7/2
proceedings [3]
 1/17 12/25 13/5
PROJECT [8]  1/3
 1/3 3/9 3/12 3/19
 8/3 8/3 9/10
prominence [2]  9/9
 10/19
prominent [1]
 10/22
promptly [1]  12/15
proposal [1]  12/18
prosecuted [1]  7/9
prosecutor [1]  8/15
protests [2]  8/10
 8/18
public [4]  5/16 8/19
 10/19 11/20
publication [1]
 8/16
publishers [1]  6/6
publishing [1]  5/25
purposes [1]  7/10
pushed [1]  11/2

**Q**

qualify [1]  12/1
question [5]  5/8 5/8
 9/1 9/2 9/4
quote [3]  5/25 9/24
 11/11

**R**

raise [1]  5/21
raised [2]  6/21 7/9
raises [2]  6/5 6/7
rapid [1]  12/6
reach [1]  12/21
read [1]  6/9
real [1]  9/14
really [3]  8/8 10/24
 11/22
reasons [1]  6/16
receipt [1]  12/18
recently [3]  7/5
 10/7 11/1
reconnected [1]
 3/22
record [2]  3/10
 13/5
recorded [1]  4/8
recorder [1]  4/7
recording [2]  5/3
 5/4
recordings [7]  4/6
 4/6 4/17 4/22 5/16
 5/17 10/8
records [2]  8/19
 11/20
regular [1]  7/15
related [1]  8/19
relief [14]

remaining [1]  8/23
remotely [2]  11/21
 12/1
reply [1]  10/16
REPORTER [2]
 2/17 13/11
reporters' [1]  8/13
reporting [1]  8/6
representing [1]
 3/19
require [1]  5/4
required [1]  5/18
requirement [2]
 4/23 5/2
requires [1]  5/3
resign [1]  8/20
resolve [1]  12/8
resources [1]  8/2
response [2]  9/21
 10/17
results [1]  11/24
right [3]  3/24 9/7
 9/17
rise [1]  9/9
RMR [2]  2/17
 13/10
Room [1]  2/18
ROSENBLUM [1]
 1/8
run [3]  6/3 6/25 7/7
running [1]  7/8

**S**

Case 3:20-cv-01435-MO   Document 31   Filed 11/27/20   Page 23 of 25

said [1] 10/4
same [1] 11/24
sat [1] 6/19
say [3] 7/14 11/12
 12/8
schedule [1] 12/15
SCHMIDT [2] 1/6
 3/9
screen [1] 3/17
scrutiny [3] 4/20
 5/12 5/23
second [3] 4/21
 5/15 8/20
secret [5] 4/6 4/17
 4/22 5/4 5/16
see [1] 4/2
seek [5] 7/14 10/1
 11/7 11/18 12/5
seeking [1] 7/12
seem [4] 5/21 6/7
 6/10 10/13
seems [3] 5/6 6/3
 9/4
separate [1] 7/8
serious [1] 12/11
session [1] 3/5
set [2] 3/7 12/21
setting [2] 6/4 6/17
settings [1] 5/16
several [1] 3/25
Shaunee [1] 2/11

showing [1] 9/12
Shumway [3] 2/17
 13/9 13/10
sic [1] 10/3
signature [2] 13/7
 13/7
signing [1] 13/4
similar [1] 5/14
Simmonds [1] 2/11
simple [1] 10/17
simply [1] 9/9
since [2] 5/20 6/8
six [3] 9/25 10/5
 11/16
slip [1] 5/19
so [11] 4/3 4/21
 6/10 7/1 7/19 8/8
 9/18 10/5 10/11
 12/1 12/6
some [4] 5/7 5/7 6/7
 10/25
someone [2] 4/9
 11/17
sorry [1] 4/11
sort [6] 4/1 4/15 5/7
 8/21 9/5 11/21
south [1] 10/25
speaking [1] 4/19
standard [1] 8/22
start [1] 7/19
state [3] 3/14 6/6
 8/6

states [6] 9/1 1/19
 2/17 3/4 9/12 10/25
status [1] 12/20
statute [16]
statute's [1] 11/11
statutes [1] 7/3
statutory [5] 4/3
 4/4 4/15 4/16 5/14
Stephen [2] 2/7
 3/18
still [2] 5/16 7/5
stories [4] 9/16
 10/22 10/23 11/13
story [9] 8/17 8/19
 8/21 9/10 9/12
 10/18 11/14 11/25
 12/1
Street [2] 2/8 2/13
strict [1] 5/12
subject [2] 4/19 5/9
subjected [2] 5/12
 5/23
submit [1] 12/14
submitted [1] 9/11
success [1] 8/23
sudden [1] 9/18
suddenly [1] 9/15
suggested [1] 5/18
suggesting [1] 5/7
suggests [1] 7/20
suing [2] 10/5 12/5
Suite [2] 2/5 2/8

**S**

super [1] 11/12
Supreme [2] 9/24 9/25
sure [1] 5/5
sweep [1] 8/15
sword [2] 8/13 8/14

**T**

take [1] 4/2
taken [1] 8/4
takes [1] 8/1
tell [1] 5/2
temporarily [1] 3/20
ten [2] 10/20 11/3
tentative [1] 5/22
terms [1] 4/3
testimony [2] 10/4 10/12
text [5] 4/5 4/15 4/16 5/20 6/10
textual [2] 5/24 6/4
than [2] 5/19 10/12
Thank [7] 3/24 4/13 9/20 10/15 11/4 11/5 12/23
that [67]
that's [13] 4/8 4/13 5/9 5/15 5/18 5/19 6/19 7/1 7/14 8/12 10/20 11/20 12/8

their [2] 3/6 10/47
them [4] 4/2 4/2 5/3 11/2
then [7] 4/2 5/11 5/12 5/14 5/22 6/2 12/16
there [5] 5/6 6/15 8/11 10/25 11/25
there's [3] 5/9 11/14 11/22
therefore [1] 4/20
these [3] 9/16 12/8 12/10
they [9] 9/12 9/14 9/16 9/19 9/24 10/4 10/6 10/22 12/9
they've [2] 7/3 7/9
thing [1] 10/20
think [8] 3/19 4/3 5/6 7/1 9/23 10/17 11/6 12/11
third [2] 2/18 5/14
this [29]
those [1] 6/10
three [4] 4/4 4/15 4/15 8/22
through [2] 7/15 12/16
time [8] 3/7 7/5 7/18 7/21 7/22 8/15 9/3 11/17
today [1] 11/14

too [2] 4/8 8/25
topic [2] 5/9 5/21
totally [1] 4/22
tougher [1] 5/19
track [1] 9/12
transcript [3] 1/17 13/5 13/6
tremendous [1] 8/1
trial [6] 2/12 7/6 11/24 12/15 12/16 12/22
truly [1] 8/8
truthful [1] 8/16
turns [1] 7/1
two [2] 6/15 6/16
typically [1] 6/15

**U**

ultimately [1] 12/10
umbrella [1] 11/11
uncertainty [1] 5/7
unconstitutional [1] 6/4
under [3] 8/21 11/10 12/12
UNITED [4] 1/1 1/19 2/17 3/4
unknown [1] 10/22
unusual [2] 6/18 12/3
up [2] 4/2 9/16
Upon [1] 12/18

Case 3:20-cv-01435-MO Document 212 8/17 Filed 10/27/20 Page 25 9/21

**U**

us [1]  3/21

**V**

value [1]  8/14
Vanessa [1]  2/11
verified [1]  9/11
VERITAS [11]  1/3
 1/3 3/9 3/12 3/19
 8/3 8/4 8/17 9/10
 10/19 10/20
versus [1]  3/9
very [5]  5/14 8/4
 8/21 10/15 12/9
victory [1]  11/24
video [2]  3/17 4/12
Videoconference
 [1]  1/16
videos [1]  10/7
view [1]  5/22
violated [1]  10/6
violation [2]  10/8
 10/9
violations [1]  8/6
violent [1]  8/10
Virginia [1]  10/25

**W**

wait [1]  3/21
want [2]  7/23 8/12
wanted [5]  8/7 8/10
 9/14 9/19 10/19
wanting [1]  8/19

wants [1]  8/17
 11/22
was [5]  9/13 9/14
 9/25 10/20 10/25
Washington [1]  2/8
wasn't [3]  9/15
 10/19 10/21
wasted [1]  6/11
way [2]  5/6 12/6
we [11]  4/9 6/1 6/17
 7/2 7/6 8/22 9/23
 10/5 10/11 11/13
 12/8
we're [2]  3/23
 11/12
We've [1]  9/11
week [1]  8/20
well [1]  12/9
were [3]  10/7 10/8
 11/13
what [8]  4/5 4/23
 4/24 5/15 6/20
 10/20 11/2 12/11
where [6]  4/6 5/8
 9/14 9/24 9/25
 11/13
whether [1]  9/1
which [1]  6/7
who [2]  6/18 7/3
whole [1]  7/8
why [2]  6/16 7/24
will [1]  12/20

wanted [1]  9/21
Winter [1]  8/22
wish [1]  10/16
without [1]  13/6
work [2]  6/25 9/4
worked [1]  9/12
would [6]  5/23 6/3
 9/5 10/17 11/17
 11/21
wouldn't [1]  6/16

**Y**

years [6]  9/25 10/6
 10/20 10/24 11/3
 11/16
yes [5]  3/18 4/11
 8/1 9/5 9/8
you [17]
you're [2]  5/3 9/1
you've [2]  7/20 9/3
your [15]
yourself [1]  3/10