STEPHEN R. KLEIN, *pro hac vice*
Barr & Klein, PLLC
1629 K St. NW, Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
Email: steve@barrklein.com

Benjamin Barr, *pro hac vice*
Barr & Klein, PLLC
444 N. Michigan Ave., Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
Email: ben@barrklein.com

Eric Winters #983790
Eric C. Winters, Attorney
30710 SW Magnolia Ave.
Wilsonville, OR 97070
Telephone: (503) 754-9096
Email: eric@ericwinters.com

Attorneys for Plaintiffs

ELLEN F. ROSENBLUM
Attorney General
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
SHAUNEE MORGAN #194256
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Brian.S.Marshall@doj.state.or.us
          Shaunee.Morgan@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PROJECT VERITAS, PROJECT VERITAS ACTION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL SCHMIDT, in his official capacity as Multnomah County District Attorney, ELLEN ROSENBLUM, in her official capacity as Oregon Attorney General,<br><br>Defendants. | Case No.  3:20-CV-01435-MO<br><br>JOINT MOTION TO AMEND SCHEDULING ORDER |

Under Local Rule 16-3, the parties jointly move to amend the scheduling order to allow roughly 60 additional days for discovery and summary judgment briefing, as follows:

| Close of Fact Discovery | February 28, 2022 |
| --- | --- |
| Plaintiffs' Motion for Summary Judgment | March 21, 2022 |
| Defendants' Combined Response and Motion | April 11, 2022 |
| Plaintiffs' Combined Response and Reply | April 25, 2022 |
| Defendants' Reply | May 9, 2022 |

The parties have served interrogatories, requests for production of documents, and requests for admission. They request this extension to ensure adequate time to complete discovery in light of counsel's trial schedules.

DATED November __19__, 2021.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

__s/ Stephen R. Klein__
STEPHEN R. KLEIN, *pro hac vice*
Barr & Klein, PLLC
1629 K St. NW, Ste. 300
Washington, DC 20006
Telephone: (202) 804-6676
Email: steve@barrklein.com

Benjamin Barr, *pro hac vice*
Barr & Klein, PLLC
444 N. Michigan Ave., Ste. 1200
Chicago, IL 60611
Telephone: (202) 595-4671
Email: ben@barrklein.com

Eric Winters #983790
Eric C. Winters, Attorney
30710 SW Magnolia Ave.
Wilsonville, OR 97070
Telephone: (503) 754-9096
Email: eric@ericwinters.com
Of Attorneys for Plaintiffs

__s/ Brian Simmonds Marshall__
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
SHAUNEE MORGAN #194256
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.state.or.us
Shaunee.Morgan@doj.state.or.us
Of Attorneys for Defendants