IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**PROJECT VERITAS, PROJECT VERITAS ACTION FUND,**

    Plaintiffs,

v.

**MICHAEL SCHMIDT**, in his official capacity as Multnomah County District Attorney, **ELLEN ROSENBLUM,** in her official capacity as Oregon Attorney General,

    Defendants.

Case No. 3:20-cv-01435-MO

JUDGMENT

**MOSMAN, J.,**

    Based upon my Opinion and Order [ECF 42] it is ordered and adjudged that Defendants' Motion to Dismiss [ECF 34] is GRANTED in part and Plaintiffs' first two claims are dismissed with prejudice. Pursuant to the parties' Joint Notice of Voluntary Dismissal [ECF 59], Plaintiffs' remaining claim is dismissed with prejudice. It is therefore ordered and adjudged that the case is DISMISSED with prejudice.

    DATED this 7th day of March, 2022.

                                                         MICHAEL W. MOSMAN
                                                         Senior United States District Judge

1 – JUDGMENT