Eric Winters, OSB 983790
eric@ericwinters.com
Eric C. Winters, Attorney
30710 SW Magnolia Ave
Wilsonville OR  97070
(503) 754-9096

Benjamin Barr, *pro hac vice*
ben@barrklein.com
BARR & KLEIN PLLC
444 N. Michigan Avenue Ste. 1200
Chicago, Illinois 60611
(202) 595-4671

Stephen R. Klein, *pro hac vice*
steve@barrklein.com
BARR & KLEIN PLLC
1629 K St NW Ste. 300
Washington, DC 20006
(202) 804-6676

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| PROJECT VERITAS,<br>PROJECT VERITAS ACTION FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>MICHAEL SCHMIDT, in his official capacity as Multnomah County District Attorney,<br>ELLEN ROSENBLUM, in her official capacity as Oregon Attorney General,<br><br>        Defendants. | Case No.: 3:20-CV-01435-MO<br><br>NOTICE OF APPEAL |

1  -   Notice of Appeal

Notice is hereby given that Plaintiff-Appellants Project Veritas and Project Veritas Action Fund hereby appeal to the United States Court of Appeals for the Ninth Circuit from (a) the Opinion and Order (ECF No. 42), entered by this Court on August 10, 2021, and (b) the Judgment (ECF No. 60), entered by this Court on March 7, 2022.

    Respectfully submitted,

    PROJECT VERITAS,
    PROJECT VERITAS ACTION FUND,

    BY THEIR ATTORNEYS,

    /s/ *Stephen Klein*
    Stephen R. Klein, *pro hac vice*
    steve@barrklein.com
    BARR & KLEIN PLLC
    1629 K St NW Ste. 300
    Washington, DC 20006
    (202) 804-6676

    Benjamin Barr, *pro hac vice*
    ben@barrklein.com
    BARR & KLEIN PLLC
    444 N. Michigan Avenue Ste. 1200
    Chicago, Illinois 60611
    (202) 595-4671

    Eric Winters, OSB 983790
    eric@ericwinters.com
    Eric C. Winters, Attorney
    30710 SW Magnolia Ave
    Wilsonville OR  97070
    (503) 754-9096

April 1, 2022.

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all registered ECF participants listed for this case.

/s/ *Stephen Klein*